## IN THE MATTER OF OTIS RUSSELL, GUY CARLETON, ELIAS (ELIJAH) C. RUSSELL AND WILLIAM THOMPSON

JOURNAL ENTRIES (1816): *Journal 2:* (1) Return filed, held sufficient, appearance *p. 507.

PAPERS IN FILE: (1) Copy of affidavit for bail filed in county court; (2) petition for habeas corpus, allowance of writ; (3) writ of habeas corpus and return.

## FRANÇOIS LABADY *versus* APPOLLINE LABADY

JOURNAL ENTRIES (1816): *Journal 2:* (1) Complaint filed, petition filed, rule to answer *p. 507; (2) decree *p. 512.

PAPERS IN FILE: (1) Bill of complaint; (2) request for copy of decision.